# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0560

_____

MELISSA KENNEDY,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

October 15, 2019

PER CURIAM.

The petition for belated appeal is denied on the merits.

MAKAR, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Melissa Kennedy, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.